# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

STEVEN SHAW
ADC #500760                                                                PLAINTIFF

v.                              No. 4:23-cv-1137-DPM

DEXTER PAYNE, Director, ADC;
MUSSELWHITE, Warden, Cummins
Unit, ADC; PIERCE, Assistant Warden,
Cummins Unit, ADC; GRAY, Warden,
North Central Unit, ADC; JACOB
HIGGINS, State Gang Coordinator,
ADC; ARKANSAS REPUBLICAN
PARTY; SARAH HUCKABEE-SANDERS,
Governor, Arkansas; LESLIE RUTLEDGE,
Lt. Governor and former Attorney General;
TIM GRIFFIN, Attorney General, Arkansas;
JOE PROFIRI, Secretary of Corrections,
Arkansas; ALEX JONES; FREE SPEECH
SYSTEMS LLC; and DOES, Unknown
Individual Members of Arkansas Sentate
Committee on ADC Oversight and Arkansas
Board of Corrections                                                     DEFENDANTS

## ORDER

Motion for extension of time, *Doc. 15*, granted. Objections to the recommendation due by 18 April 2024.

So Ordered.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

3 April 2024