IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

STEVEN SHAW
ADC #500760                                                                     PLAINTIFF

v.                          No. 4:23-cv-1137-DPM

DEXTER PAYNE, Director, ADC;
MUSSELWHITE, Warden, Cummins
Unit, ADC; PIERCE, Assistant Warden,
Cummins Unit, ADC; GRAY, Warden,
North Central Unit, ADC; JACOB
HIGGINS, State Gang Coordinator,
ADC; ARKANSAS REPUBLICAN
PARTY; SARAH HUCKABEE-SANDERS,
Governor, Arkansas; LESLIE RUTLEDGE,
Lt. Governor and former Attorney General;
TIM GRIFFIN, Attorney General, Arkansas;
JOE PROFIRI, Secretary of Corrections,
Arkansas; ALEX JONES; FREE SPEECH
SYSTEMS LLC; and DOES, Unknown
Individual Members of Arkansas Sentate
Committee on ADC Oversight and Arkansas
Board of Corrections                                                         DEFENDANTS

ORDER

Unopposed recommendation, *Doc. 13*, adopted. Fed. R. Civ. P. 72(b) (1983 addition to advisory committee notes). Strike recommended. 28 U.S.C. § 1915(g). Any *in forma pauperis* appeal would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

So Ordered.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

<u>29 April 2024</u>