IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

STEVEN SHAW
ADC #500760                                                         PLAINTIFF

v.                          No. 4:23-cv-1137-DPM

DEXTER PAYNE, Director, ADC;
MUSSELWHITE, Warden, Cummins Unit,
ADC;  PIERCE, Assistant Warden,
Cummins Unit, ADC;  GRAY, Warden,
North Central Unit, ADC;  Jacob Higgins,
State Gang Coordinator, ADC;
ARKANSAS REPUBLICAN PARTY;
SARAH HUCKABEE-SANDERS,
Governor, Arkansas;  LESLIE
RUTLEDGE, Lt. Governor and Former
Attorney General;  TIM GRIFFIN,
Attorney General, Arkansas;  JOE
PROFIRI, Secretary of Corrections,
Arkansas;  ALEX JONES;  FREE SPEECH
SYSTEMS, LLC;  and DOES, Unknown
Individual Members of Arkansas Senate
Committee on ADC Oversight and
Arkansas Board of Corrections                          DEFENDANTS

ORDER

Shaw moves the Court to redact the part of its final Order that summarized his failure to protect claims and enter a protective Order restricting access to that document.  He says he faces danger if other inmates can read the Order on the internet.  The difficulty is that the

Court's Order merely repeated things that Shaw has written in several of his Court filings. Redacting the Order will not address Shaw's concern. In addition, there is a strong presumption in the law that, insofar as practicable, the Court does its business on the public record. Shaw hasn't made a sufficient showing to overcome that presumption. Motion, *Doc. 26*, denied.

So Ordered.

_____

D.P. Marshall Jr.
United States District Judge

10 October 2024

–2–