IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

STEVEN SHAW
ADC #500760                                                                    PLAINTIFF

v.                          No. 4:23-cv-1137-DPM

DEXTER PAYNE, Director, ADC;
MUSSELWHITE, Warden, Cummins Unit,
ADC; PIERCE, Assistant Warden,
Cummins Unit, ADC; GRAY, Warden,
North Central Unit, ADC; JACOB
HIGGINS, State Gang Coordinator, ADC;
ARKANSAS REPUBLICAN PARTY;
SARAH HUCKABEE-SANDERS,
Governor, Arkansas; LESLIE
RUTLEDGE, Lt. Governor and Former
Attorney General; TIM GRIFFIN,
Attorney General, Arkansas; JOE
PROFIRI, Secretary of Corrections,
Arkansas; ALEX JONES; FREE SPEECH
SYSTEMS, LLC; and DOES, Unknown
Individual Members of Arkansas Senate
Committee on ADC Oversight and
Arkansas Board of Corrections                                                  DEFENDANTS

ORDER

The Court did the best it could the first time around and stands by that ruling, *Doc. 27*. There's a strong First Amendment and common law presumption of public access to judicial records. *Cajune v. Independent School District 194*, 105 F.4th 1070, 1076-77 (8th Cir. 2024).

Shaw has not overcome that presumption. Motion for reconsideration, Doc. 28, denied.

Shaw's embedded request for a certificate of appealability is denied. The Court already certified that an *in forma pauperis* appeal would not be taken in good faith. Doc. 23.

So Ordered.

*/s/ D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

18 November 2024