IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

STEVEN SHAW
ADC #500760                                                                  PLAINTIFF

v.                              No. 4:23-cv-1137-DPM

DEXTER PAYNE, Director, ADC;
MUSSELWHITE, Warden, Cummins Unit,
ADC; PIERCE, Assistant Warden,
Cummins Unit, ADC; GRAY, Warden,
North Central Unit, ADC; JACOB
HIGGINS, State Gang Coordinator, ADC;
ARKANSAS REPUBLICAN PARTY;
SARAH HUCKABEE-SANDERS,
Governor, Arkansas; LESLIE
RUTLEDGE, Lt. Governor and Former
Attorney General; TIM GRIFFIN,
Attorney General, Arkansas; JOE
PROFIRI, Secretary of Corrections,
Arkansas; ALEX JONES; FREE SPEECH
SYSTEMS, LLC; and DOES, Unknown
Individual Members of Arkansas Senate
Committee on ADC Oversight and
Arkansas Board of Corrections                                           DEFENDANTS

### ORDER

Motion, *Doc. 30*, granted. The Court directs the Clerk to mail Shaw two applications to proceed *in forma pauperis* and two blank § 1983 forms.

-2-

So Ordered.

*/s/ D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

20 August 2025

-2-